# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW SCHLEGEL and JENNIFER SCHLEGEL, His Wife, | CIVIL ACTION NO. 3:11-CV-2190 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

**NOW**, this 13th day of July, 2012, **IT IS HEREBY ORDERED** that Defendant State Farm Mutual Automobile Insurance Company's Motion to Dismiss Plaintiffs' Amended Complaint (Doc. 13) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's Motion is **DENIED** to the extent it seeks to dismiss Plaintiffs' claims under Pennsylvania's Unfair Trade Practices and Consumer Protection Law, 73 P.S. § 201-1 *et seq.*, and Pennsylvania's bad faith insurance statute, 42 Pa. C.S.A. § 8371, as predicated on unreasonable document requests;

2. Defendant's Motion is **GRANTED** in all other respects.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge