UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW SCHLEGEL and JENNIFER SCHLEGEL, | : |
| Plaintiffs | : |
| v. | : CIVIL ACTION NO.3:11-CV-2190 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : (JUDGE MANNION) |
| Defendants | : |

## ORDER

**IT IS HEREBY ORDERED:**

**1.)** The motion for partial summary judgement filed by defendant State Farm, (Doc. No. 31), is **GRANTED**.

**2.)** Plaintiff's bad faith and UTPCPL claims, Counts II and III of the amended complaint, (Doc. No. 12), are **DISMISSED**.

**3.)** The Final Pretrial Conference will be held on **October 11, 2013** at 10:30 AM in Courtroom No. 3, of the William J. Nealon Federal Building & U.S. Courthouse, 235 North Washington Ave. Scranton, PA.

**4.)** The Jury Trial will begin on **Monday, November 4, 2013,** in Courtroom No. 3.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 8, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-2190-01-order.wpd